STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
Email: candis_mitchell@fd.org

Counsel for Defendant Steven Alarcon

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>             Plaintiff,<br><br>v.<br><br>**Steven Alarcon,**<br><br>             Defendant. | Case Number: cr 15cr544 TEH<br><br>**Joint Stipulation and [Proposed] Order to Continue the Status Hearing**<br><br>Date:   March 14, 2016<br>Time:   2:30 p.m. |

    Defendant Steven Alarcon is currently set for status hearing on March 14, 2016. Counsel for Mr. Alarcon will be unavailable on that date and time and the parties jointly seek to move the date of status hearing to April 25, 2016, at 2:30 p.m. to accommodate the schedules of all parties.

    Additionally, the parties jointly request an exclusion of time under the Speedy Trial Act from March 14, 2016, to April 25, 2016, — as the ends of justice are served by such a continuance to provide Mr. Alarcon with continuity of counsel.  *See* 18 U.S.C. § 3167(h)(7).

Dated:  March 3, 2016                              */s/ Candis Mitchell*
                                                                              CANDIS MITCHELL
                                                                              Attorneys for Defendant Alarcon

Dated: March 3, 2016          /s/ Katherine Wawrzyniak
KATHERINE WAWRZYNIAK
Assistant United States Attorney

[~~PROPOSED~~] ORDER

For the reasons stated by counsel, the Court continues the status hearing date from March 14, 2016, at 2:30 p.m., to April 25, 2016, at 2:30 p.m.

Time is ordered excluded from March 14, 2016, to April 25, 2016, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161~~(h)(6) and~~ (h)(7).

IT IS SO ORDERED.

Dated: 03/03/2016

**Honorable Thelton E. Henderson**
United States District Judge

Stipulation and Proposed Order to Continue the Status Hearing
cr 15cr544 TEH                                             2